**SO ORDERED.**

Dated: April 26, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07824

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Dennis E. Roderick, Jr. and Diana M. Roderick,<br><br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.,<br><br>Movant,<br><br>vs.<br><br>Dennis E. Roderick, Jr. and Diana M. Roderick, Debtors, William E. Pierce, Trustee.<br><br>Respondents. | No. 2:10-BK-07415-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 6, 2005 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Dennis E. Roderick, Jr. and Diana M. Roderick have an interest in, further described as:

> All that portion of Lot 25, CHINO LAKES NO. 1, as recorded in Book 7 of Maps, page 33, Yavapai County Recorders Office, all in Section 5, Township 16 North, Range 2 West of the Gila and Salt River Base and Meridian, Yavapai County, Arizona described as follows:

The East half of Lot 25;

EXCEPT the Southerly 50.00 feet of Lot 25;.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.